UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00274 |
| | ) | JUDGE CAMPBELL |
| JACK ROBERTS | ) | |

## ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 35).

The Court will hold a hearing on the Petition on March 4, 2013, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE